|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE |
| JEROME CEASAR ALVERTO,<br><br>                  Plaintiff,<br><br>   v.<br><br>CHRISTOPHER SCHENK, et al.,<br><br>                  Defendants. | Case No. C18-1381-JCC-MLP<br><br>ORDER DIRECTING RESPONSE TO PLAINTIFF'S MOTION TO COMPEL |

This is a 42 U.S.C. § 1983 prisoner civil rights action. Plaintiff filed a motion to compel the defendants to explain why the identity of "Defendant (DEF) Jane/Joe Doe #1" identified in his complaint is not discoverable. Dkt. No. 18. Plaintiff asserts that he is attempting to discover the identity of the work supervisor of named defendant Christopher Schenk, *i.e.*, whoever "is responsible for placing [defendant Schenk] in work assignments that reduce conflict and promote safety/security of the facility." *Id*. at 2. Plaintiff argues that it is unclear why the identity of this individual has not been produced by defendants, despite his request during a telephonic conference with opposing counsel. *Id*. at 1.

Defendants indicate that, absent direction by the Court, they do not intend to submit a "substantive response to this motion directed to an unidentified, unserved, and unrepresented

individual." Dkt. No. 19 at 1.  As it appears likely that defendants are in the best position to disclose the identity of defendant Schenk's supervisor, the Court ORDERS defendants either to provide the name to plaintiff and notify the Court or substantively respond to plaintiff's motion to compel by no later than **April 2, 2019**.

The Clerk is directed to send copies of this order to the parties and to the Honorable Marsha J. Pechman.

Dated this 19th day of March, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge