UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEROME CEASAR ALVERTO,<br><br>            Plaintiff,<br><br>   v.<br><br>CHRISTOPHER SCHENK, *et al*.,<br><br>            Defendants. | Case No. 18-1381-JCC<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO STRIKE |

This is a 42 U.S.C. § 1983 prisoner civil rights action. This matter comes before the Court on Plaintiff's motion to strike one page of the exhibits to his amended complaint because it was provided to him in error by jail personnel. (Dkt. # 38.) Defendants have no opposition to Plaintiff's request. (Dkt.# 41.) Accordingly, the Court GRANTS Plaintiff's motion (dkt. # 38) and directs the Clerk to strike page 1 of Dkt. # 35, Exhibit 19 (page 83 of 91).

The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 27th day of August, 2019.

*/s/ MJPeterson*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION TO STRIKE - 1