UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEROME CEASAR ALVERTO,

    Plaintiff,

v.

CHRISTOPHER SCHENK, *et al.,*

    Defendants.

Case No. 18-1381-JCC

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AND GRANTING EXTENSION OF TIME TO REPLY

  This is a 42 U.S.C. § 1983 prisoner civil rights action. This matter comes before the Court upon Plaintiff's motion for an extension of time to reply to Defendants' response to Plaintiff's summary judgment motion (dkt. # 57), and Plaintiff's motion to compel Defendants to respond to certain discovery requests he mailed to defense counsel in September 2019 (dkt. # 59).

  Plaintiff's motion to compel provides that on "about September 21, 2019, Plaintiff sent correspondence to Defendants' lawyer . . . requesting material discoverable information." (Dkt. # 59 at 1-2.) Defendants apparently responded that the requested information was not discoverable. (*Id.* at 2.) Plaintiff therefore asks the Court to compel Defendants to produce the requested information. (*Id.* at 4.) Plaintiff also filed a second motion, which seeks a thirty-day extension of

1 time to file his reply brief to Defendants' response and cross-motion for summary judgment, to
2 allow Plaintiff sufficient time to receive and digest Defendants' responses to his September 21,
3 2019 discovery requests. (Dkt. # 57.)

Plaintiff's motion to compel (dkt. # 59) is DENIED. The Court has previously extended the discovery cutoff in this case on two occasions. First, the Court extended the deadline from March 18, 2019 to June 7, 2019. (Dkt. # 25.) As noted above, the Court recently extended the discovery deadline to August 30, 2019, to allow the parties sufficient time to complete discovery and prepare their dispositive motions. (Dkt. # 34.) The Court advised the parties that they must complete all depositions by this date, "although the parties may request additional time upon a showing of good cause." (*Id*. at 3.) The Court also extended the dispositive motion deadline to September 30, 2019. (*Id*.)

To date, neither party has requested further extension of the August 30, 2019 discovery deadline. On the contrary, both parties have filed motions for summary judgment. (Dkt. ## 40, 48). Accordingly, Plaintiff's September 21, 2019 discovery requests sent to Defendants were untimely, and the Court DENIES Plaintiff's motion to compel Defendants to respond to those untimely requests. (Dkt. # 59.)

To ensure that Plaintiff has adequate time to respond to Defendants' dispositive motion, the Court GRANTS Plaintiff's motion for a thirty-day extension of time to file his reply. Accordingly, Plaintiff's reply is due by no later than **November 4, 2019**. In addition, the Clerk of the Court is directed to **RE-NOTE** the parties' pending motions for summary judgment (dkt. ## 40, 48) for consideration on **November 4, 2019**.

//

1   The Clerk is directed to send copies of this order to the parties and to the Honorable John

2   C. Coughenour.

3   Dated this 3rd day of October.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION TO
COMPEL AND GRANTING EXTENSION OF
TIME TO REPLY - 3