UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEROME CEASAR ALVERTO,

        Plaintiff,

v.

CHRISTOPHER SCHENK, et al.,

        Defendants.

Case No. 18-1381-JCC

ORDER

This matter comes before the Court on Plaintiff's motion to "stay hearing on summary judgment" due to the fact that Defendants are "improperly withholding material discovery information described in [dockets] 59 & 61 [from Plaintiff]." (Dkt. # 63 at 1.) Plaintiff does not appear to be aware of the Court's recent denial of his prior motion for an extension of time to complete discovery in order obtain these materials. (*Id*. at 1-2.)

Plaintiff's motion is his third requesting the same relief, *i.e.*, that the Court extend the discovery deadline (and therefore refrain from ruling on the pending summary judgment motions) until Plaintiff receives certain documents he previously requested from Defendants. (Dkt. ## 59, 61, 63.) As the Court explained in detail in its Order dated October 7, 2019, Plaintiff is not entitled to these documents and no further extensions of the discovery deadline will be

ORDER - 1

granted. (Dkt. # 62.) Plaintiff's motion to stay the Court's consideration of the parties' pending summary judgment motions (dkt. # 63) is DENIED. Any future motions filed by Plaintiff requesting the same relief will be summarily denied or stricken from the record.

The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 9th day of October, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge